IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 24 CV 11138 |
| | ) | Judge Keri L. Holleb Hotaling |
| v. | ) ) | |
| INTER-LAYER CORPORATION, INC. | ) ) | |
| Defendant. | ) | |

### STATUS REPORT

Now come the Plaintiffs, by and through their attorney Travis J. Ketterman of McGann Ketterman & Rioux, and the Defendant, by its attorneys Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C., to provide the following Status Report as required by this Honorable Court's August 19, 2025 Order:

1. The August 19, 2025 Order stated, in part:

The parties advise [Dkt. 25] that an audit report is expected to be issued in the next 30 days. The Court also adopts the parties proposed date of October 15, 2025 as the firm fact discovery close in this matter. The parties are to file an updated joint status report on 9/22/2025.

2. The audit report has not yet been issued, but is expected by the end of September 2025.

3. The parties still expect that a consent judgment will be submitted to the Honorable Court following the parties' discussion of the expected audit report.

Respectfully Submitted,

| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al. | INTER-LAYER CORPORATION, INC. |
|---|---|
|       s/Travis J. Ketterman<br>By: _____<br>     TRAVIS J. KETTERMAN |       s/Todd A. Miller<br>By: _____<br>     TODD A. MILLER |
| Travis J. Ketterman<br>Attorney for Plaintiffs<br>McGann Ketterman & Rioux<br>111 East Wacker Drive, Suite 2300<br>Chicago, Illinois 60601<br>312.251.9700<br>tketterman@mkrlaborlaw.com | Todd A. Miller<br>Attorney for Defendant<br>Allocco, Miller & Cahill, P.C.<br>20 N. Wacker Drive, Suite 3517<br>Chicago, Illinois 60606<br>312-675-4325<br>tam@alloccomiller.com |

September 22, 2025