## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Mid–America Carpenters Regional Council Pension Fund, et al.

                       Plaintiff,

v.                        Case No.: 1:24–cv–11138

                       Honorable Keri L. Holleb Hotaling

Inter–Layer Corporation, Inc.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The parties failed to file their 10/16/2025 joint status report as ordered [Dkt. 28]. They are to file that joint status report by 10/30/2025 with an explanation as to why the joint status report was not timely filed. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.