**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 24 CV 11138 |
| | ) | Judge Keri L. Holleb Hotaling |
| v. | ) | |
| | ) | |
| INTER-LAYER CORPORATION, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Now come the Plaintiffs, by and through their attorney Travis J. Ketterman of McGann Ketterman & Rioux, and the Defendant, by its attorneys Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C., to provide the following Status Report as required by this Honorable Court's October 28, 2025 Order:

The attorneys have negotiated a consent judgment that was accepted by the Plaintiffs on October 16, 2025. The Defendant's attorney provided the draft to the Defendant on October 16, 2025 and has been awaiting a response. The Defendant's attorney has been diligent in seeking approval from the Defendant. The delayed filing of the Status Report was caused by the desire of the attorneys to be able to submit the Consent Judgment to this Honorable Court in lieu of the status report. Unfortunately, the Defendant's attorney does not yet have authorization to proceed with the Consent Judgment. However, the Defendant's attorney expects that the parties should be able to file the motion for entry of judgment on October 31, 2025.

1

Respectfully Submitted,

MID-AMERICA CARPENTERS
REGIONAL COUNCIL PENSION FUND et al.

INTER-LAYER CORPORATION, INC.

        s/Travis J. Ketterman

By:  _____
      TRAVIS J. KETTERMAN

        s/Todd A. Miller

By:  _____
      TODD A. MILLER

Travis J. Ketterman
Attorney for Plaintiffs
McGann Ketterman & Rioux
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
312.251.9700
tketterman@mkrlaborlaw.com

Todd A. Miller
Attorney for Defendant
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
312-675-4325
tam@alloccomiller.com

October 30, 2025