# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Mid–America Carpenters Regional Council Pension Fund, et al.

                Plaintiff,

v.                              Case No.: 1:24−cv−11138

                                    Honorable Keri L. Holleb Hotaling

Inter−Layer Corporation, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 31, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Based upon the parties' joint status report [Dkt. 30], the parties are to file an updated joint status report or a motion for entry of consent judgment by 11/14/2025.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.