# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al, | ) ) ) |
| Plaintiffs, | ) Case No. 24 CV 11138 |
| | ) Judge Keri L. Holleb Hotaling |
| v. | ) ) |
| INTER-LAYER CORPORATION, INC. | ) ) |
| Defendant. | ) |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

Now come the Plaintiffs, by and through their attorney Travis J. Ketterman of McGann Ketterman & Rioux, and the Defendant, by its attorneys Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C., move this Honorable Court for entry of the proposed Consent Judgment.

1. The parties agree to entry of the Consent Judgment attached as Exhibit A.

2. The entry of the Consent Judgment will fully resolve all issues in the pending lawsuit.

Respectfully Submitted,

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al. | INTER-LAYER CORPORATION, INC. |
| s/Travis J. Ketterman<br>By: _____<br>TRAVIS J. KETTERMAN | s/Todd A. Miller<br>By: _____<br>TODD A. MILLER |
| Travis J. Ketterman<br>Attorney for Plaintiffs<br>McGann Ketterman & Rioux<br>111 East Wacker Drive, Suite 2300<br>Chicago, Illinois 60601 | Todd A. Miller<br>Attorney for Defendant<br>Allocco, Miller & Cahill, P.C.<br>20 N. Wacker Drive, Suite 3517<br>Chicago, Illinois 60606 |

2

312.251.9700  312-675-4325
tketterman@mkrlaborlaw.com  tam@alloccomiller.com

November 14, 2025