# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al, </br></br> Plaintiffs, </br></br> v. </br></br> INTER-LAYER CORPORATION, INC. </br></br> Defendant. | ) </br> ) </br> ) </br> ) Case No. 24 CV 11138 </br> ) Judge Keri L. Holleb Hotaling </br> ) </br> ) </br> ) </br> ) </br> ) |

**JUDGMENT ORDER**

WHEREAS, upon joint motion of the Plaintiffs and the Defendant and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered on behalf of the Plaintiffs and against Defendant Inter-Layer Corporation, Inc. in the amount of $3,096,951.35.

ENTERED:

_____
Judge Keri L. Holleb Hotaling

Dated:_____