# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al, | ) ) ) |
| Plaintiffs, | ) Case No. 24-cv-11138 ) Magistrate Judge Keri L. Holleb Hotaling |
| v. | ) ) |
| INTER-LAYER CORPORATION, INC. | ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

WHEREAS, upon joint motion of the Plaintiffs and the Defendant and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered on behalf of the Plaintiffs and against Defendant Inter-Layer Corporation, Inc. in the amount of $3,096,951.35.

**ENTERED: November 24, 2025**

_____
Hon. Keri L. Holleb Hotaling,
United States Magistrate Judge

1